STATE OF NEW JERSEY v. HENRY ALLISON.

STATE OF NEW JERSEY v. ABRAHAM MICKENS.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIO ANDRIAL.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. NORMAN COOPER.

November 18, 1985.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing on Count One of Indictment 7–95–82–A after conclusion of the retrial on Count Three of that Indictment, said sentence to be imposed in the light of all relevant circumstances, including *N.J.S.A.* 2C:39–5(b). See *State v. Roth*, 95 *N.J.* 334 (1984).

Jurisdiction is not retained.